B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF ILLINOIS | Voluntary Petition |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>JMY LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>36-4445251 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>5050 N. Sheridan Road<br>Chicago, IL                           ZIP CODE 60640 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>7645 N. Sheridan Road, Chicago, IL 60626                          ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☒ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☒ Chapter 11       Main Proceeding<br>☐ Chapter 12       ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                    Donmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer, debts defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                                                                    THIS SPACE IS FOR COURT USE ONLY
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $10,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $10,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

CHI 57 037 270v1 2/28/2008

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): JMY LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ Signature of Attorney for Debtor(s)  (Date) |
| ☐ Exhibit A is attached and made a part of this petition. | |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08)

Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>JMY LLC |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X *[signature]*<br>Signature of Attorney for Debtor(s)<br>David W. Baddley<br>Printed Name of Attorney for Debtor(s)<br>Greenberg Traurig, LLP<br>Firm Name<br>77 W. Wacker Drive, Suite 2500<br>Address<br>Chicago, IL 60601<br><br>312-456-8400<br>Telephone Number<br>February 28, 2008<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br>Frank Pons<br>Printed Name of Authorized Individual<br>Manager<br>Title of Authorized Individual<br>February 28, 2008<br>Date | |

CHI 57,037,270v1 2/28/2008

# UNANIMOUS WRITTEN
# CONSENT OF THE BOARD
# OF MANAGERS OF JMY LLC
(an Illinois limited liability company)

The undersigned board of managers (the "Board") of JMY LLC (the "Company"), an Illinois limited liability company, acting pursuant to applicable law and the Company's limited liability company agreement (the "Agreement"), does hereby adopt, by this written consent the following recitals and resolutions as of the date set forth above:

WHEREAS, the Board has considered the financial and operational aspects of the Company's business; and

WHEREAS, the Board has reviewed the current status of the Company in light of recent events.

NOW, THEREFORE, BE IT RESOLVED, that in the Board's judgment, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

FURTHER RESOLVED, that in view of the financial condition of the Company, the Members and Managers of the Company (the "Members and Managers") are each hereby authorized, empowered and directed to file, on behalf of the Company and in its name, at such time hereafter as any of them determine, a voluntary petition for reorganization under chapter 11 of the Bankruptcy Code in the event that, in the judgment and discretion of any Member or Manager, such action is deemed necessary and appropriate and in the best interests of the Company;

FURTHER RESOLVED, that the Members and Managers of the Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing and/or use of cash collateral according to terms which may be negotiated by the management of the Company; and to enter into any debtor in possession financing facilities, guarantees or other related documents and to pledge and grant liens on the Company's assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Members and Managers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

FURTHER RESOLVED, that the Members and Managers are each hereby authorized, empowered and directed, on behalf of the Company and in its name, to retain the law firm of Greenberg Traurig, LLP as bankruptcy counsel for general legal advice and in the event that the Company files a voluntary bankruptcy petition for reorganization, or in the event that an involuntary bankruptcy petition is filed against the

Company, and is hereby authorized to retain Greenberg Traurig, LLP in connection with the services contemplated hereby;

FURTHER RESOLVED, that the Members and Managers of the Company be, and hereby are each, authorized to employ any other professional necessary to assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Members and Managers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professional, as necessary, and on such terms as are deemed necessary, desirable and proper;

FURTHER RESOLVED, that, from and after the filing by the Company of a chapter 11 bankruptcy petition, the Members and Managers are hereby authorized to conduct business operations as determined by any of them to be in the best interests of the bankruptcy estate and the Company's creditors and may include, but not be limited to, a determination to continue business operations with a view towards reorganizing or selling the Company;

FURTHER RESOLVED, that, from and after the filing by the Company of a chapter 11 bankruptcy petition, the Members and Managers are hereby authorized to make or cause to be made such filings and declarations as determined by any of them to be in the best interests of the bankruptcy estate and the Company's creditors;

FURTHER RESOLVED, that the Members and Managers, and any other authorized signatory designated by any Member or Manager, are each hereby authorized, empowered and directed on behalf of the Company and in its name to take all such actions and execute and deliver all such documents as they shall deem necessary or desirable in order to carry out and perform the purposes of the foregoing resolutions, including, without limitation, the opening of new deposit accounts as a debtor in possession, with the taking of such actions or execution of such documents to be conclusive evidence of the necessity or desirability thereof; and

FURTHER RESOLVED, that any and all actions heretofore taken by any Member or Manager of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all aspects.

IN WITNESS WHEREOF, the undersigned, being the Board of JMY LLC, have executed this Action by Written Consent as of the date first written above.

_____
By: Frank Stephen Pons
Manager

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Chapter 11 |
|---|---|---|
| JMY LLC, | ) | Case No. 08-_____ |
| Debtor. | ) | |
| | ) | The Honorable _____ |
| | ) | |

## LIST OF CREDITORS HOLDING THE LARGEST UNSECURED CLAIMS

The following is a list of the Debtor's creditors holding the largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for these Chapter 11 Cases. The list does not include individuals who may be defined as "insiders" as set forth in 11 U.S.C. § 101. The list does not include secured claims, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

| Name of Creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| JP Morgan Chase<br>Commercial Card Solutions<br>P.O. Box 2015<br>Mail Suite IL1-6225<br>Chicago, IL 60673-7761 | JP Morgan Chase<br>Account #: 5405-0179-0006-3789<br>Commercial Card Solutions<br>P.O. Box 2015<br>Mail Suite IL1-6225<br>Chicago, IL 60673-7761<br>Contact: Customer Service<br>Ph: (800) 316-6056 | Trade | | $100,998.40 |
| Krasnow Saunders Cornblath, LLP<br>500 N. Dearborn Street, 2nd Floor<br>Chicago, IL 60610 | Krasnow Saunders Cornblath, LLP<br>500 N. Dearborn Street, 2nd Floor<br>Chicago, IL 60610<br>Contact: Fred Kaplan<br>Ph: (312) 755-5700<br>Fax: (312) 755-5720 | Professional | | $45,469.05 |
| Peoples Energy<br>Chicago, IL 60687<br>Contact: Customer Service | Peoples Energy<br>Account #9-5000-2582-8958)<br>Chicago, IL 60687<br>Contact: Customer Service<br>Ph: (866) 556-6001 | Utility | | $26,664.74 |
| Verizon Wireless<br>P.O. Box 553<br>Warrendale, PA 15086-0553 | Verizon Wireless<br>Account #: 985302816-0001<br>P.O. Box 553<br>Warrendale, PA 15086-0553<br>Contact: Customer Service<br>Ph: (800) 922-0204 | Utility | | $1,000.00 (estimated) |

| Name of Creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Com Ed<br>Bill Payment Center<br>Chicago, IL 60668-0001 | Com Ed<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Contact: Customer Service<br>Ph: (877) 426-6331 | Utility | | $739.51 |
| Tri-State Disposal Inc.<br>P.O. Box 627<br>Blue Island, IL 60406-0627 | Tri-State Disposal Inc.<br>Account #: a/c 5365-004<br>P.O. Box 627<br>Blue Island, IL 60406-0627<br>Contact: Kathy (Customer Service)<br>Ph: (708) 388-9910 | Utility | | $432.00 |
| Anderson Elevator Co<br>South West Industries, Inc.<br>2801 South 19th Avenue<br>Broadview, IL 60155 | Anderson Elevator Co.<br>Account # 6066A<br>South West Industries, Inc.<br>2801 South 19th Avenue<br>Broadview, IL 60155<br>Contact: Les Gan<br>Ph: (708) 345-9710<br>Fax: (708) 345-9507 | Trade | | $341.50 |
| AT&T<br>P.O. Box 8100<br>Aurora, IL 60507-8100 | AT&T<br>Account # 773 764-6475 196 2<br>P.O. Box 8100<br>Aurora, IL 60507-8100<br>Contact: Customer Service<br>Ph: (800) 660-3000 | Utility | | $323.12 |
| Flatiron Capital Corp<br>950 17th Street, Suite 1300<br>Denver, CO 80202 | Flatiron Capital Corp.<br>Account # 5008281<br>950 17th Street, Suite 1300<br>Denver, CO 80202<br>Contact: Customer Service<br>Ph: (800) 800-2767 | Insurance | | $231.07 |
| Bradley A. VanAuken<br>1011 E. North Path<br>Wheaton, IL 60187 | Bradley A. Van Auken<br>1011 E. North Path<br>Wheaton, IL 60187<br>Contact: Brad Van Auken<br>Ph: (312) 928-1281<br>Fax: (630) 480-8513 | Professional | | $41.25 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JMY LLC, | ) | Case No. 08-_____ |
| Debtor. | ) | |
| | ) | The Honorable _____ |
| | ) | |

## CERTIFICATION CONCERNING LIST OF CREDITORS HOLDING THE LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case, hereby certifies under penalty of perjury that the *List of Creditors Holding the Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of Creditors Holding the Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February, 2008.

Signature _____
By: Frank Pons
Title: Manager

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JMY LLC, | ) | Case No. 08-_____ |
|     Debtor. | ) | |
| | ) | The Honorable _____ |
| | ) | |

**CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS**

The debtor and debtor in possession (the "Debtor") in the above-captioned case, hereby certifies under penalty of perjury that the list submitted herewith containing the *List of Equity Security Holders* of the Debtor, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February, 2008.

Signature _____
By: Frank Pons
Title: Manager

## LIST OF EQUITY HOLDERS

| Name and Address of Equity Holder(s) | % Interest |
|---|---|
| FSP Investment Group, LLC | 100% |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Chapter 11 |
|---|---|---|
|  | ) |  |
| JMY LLC, | ) | Case No. 08-_____ |
| Debtor. | ) |  |
|  | ) | The Honorable _____ |
|  | ) |  |

### CERTIFICATION CONCERNING CREDITOR MATRIX

The debtor and debtor in possession (the "Debtor") in the above-captioned case, hereby certifies under penalty of perjury that the *Creditor Matrix* submitted herewith is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

*[Declaration as in Form 2]*

CHI 57,037,200v1 2/28/2008

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February, 2008.

Signature: _____

By: Frank Pons

Title: Manager

JMY LLC
CREDITOR MATRIX

Illinois Department of Employment Security
Bankruptcy Unit, 3rd Floor
401 S. State Street
Chicago, IL 60605

Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W Randolph St
Chicago, IL 60106

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

AT&T
P.O. Box 8100
Aurora, IL  60507-8100

Anderson Elevator Co.
South West Industries, Inc.
2801 South 19th Avenue
Broadview, IL  60155

Bradley A. Van Auken
1011 E. North Path
Wheaton, IL  60187

Com Ed
Bill Payment Center
Chicago, IL  60668-0001

Flatiron Capital Corp.
950 17th Street, Suite 1300
Denver, CO  80202

Krasnow Saunders Cornblath, LLP
500 N. Dearborn Street, 2nd Floor
Chicago, IL  60610

Peoples Energy
Chicago, IL 60687

Tri-State Disposal Inc.
P.O. Box 627
Blue Island, IL 60406-0627
Contact: Kathy (Customer Service)

Verizon Wireless
P.O. Box 553
Warrendale, PA 15086-0553
Contact: Customer Service

JP Morgan Chase
Commercial Card Solutions
P.O. Box 2015
Mail Suite IL1-6225
Chicago, IL 60673-7761

Fremont Sheridan Properties Inc.
5050 N. Sheridan Road
Chicago, IL 60640

FSP Investment Group, LLC
5050 N. Sheridan Road
Chicago, IL 60640

West Argyle LLC
5050 N. Sheridan Road
Chicago, IL 60640

Timothy J. Patenode, Esq.
Michael Summerhill, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693

Justin M. Penn, Esq.
Hinshaw Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601

Richard P. Darke
Duane Morris LLP
227 W. Monroe Street, Suite 3400
Chicago, IL 60606