# The Coleman Law Firm

77 West Wacker Drive
Suite 4800
Chicago, IL 60601
FEIN 36-3292351

(312) 444-1000

| | |
|---|---|
| Submitted to: | JMY, LLC<br>Frank Pons<br>5050 N. Sheridan Road<br>Chicago IL 60640 |
| Invoice # | 13860 |
| Bill date: | December 04, 2008 |
| In Reference To: | Services rendered and Costs Incurred through December 04, 2008 |

| | |
|---|---:|
| Balance Due on Prior Statement | $0.00 |
| Payments and Adjustments through December 04, 2008 | $0.00 |
| Current Charges: Fees | $17,899.50 |
| Current Charges: Costs | $0.00 |
| Total Current Charges this Statement | $17,899.50 |
| **New Balance (due upon receipt)** | **$17,899.50** |

## Detail Description of Services

| | | Hours | Amount |
|---|---|---:|---:|

### Lift Stay Matters

| | | | |
|---|---|---:|---:|
| 5/3/2008 SRJ | Initial more detailed review of lift stay motion pleadings (1.5) and consider responses to same (.3) | | 1.80 |

JMY, LLC                                                                                              Page    2

|            |     |                                                                                                                      | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/5/2008   | SRJ | Consider automatic stay related hearing issues, requests for extension, and research issues with E. Richert          | 1.20  |        |
|            | SRJ | Review first draft of motion to extend hearing date                                                                  | 0.30  |        |
| 5/6/2008   | EJS | Review of EER draft motion re: continuance of stay hearing; conference with co-counsel EER re: same                  | 0.80  |        |
|            | RZ  | Prepare Walling Subpoena for deposition and related Rider (1.0), prepare Dougherty and Forman Subpoenas for documents and related Riders (1.0) | 2.00  |        |
|            | SRJ | Conference with E. Richert re motion to extend hearing date for stay hearing                                         | 0.10  |        |
|            | SRJ | Conference with F. Pons re case strategies related to automatic stay hearing                                         | 0.10  |        |
|            | SRJ | Review DeVries expert report (.6) and conference with DeVries re same (.7)                                           | 1.80  |        |
|            | SRJ | Review and revise expert discovery request (.2); discuss requirements with R. Zeller (.2)                            | 0.40  |        |
|            | SRJ | Review and revise discovery requests to parties to lift stay proceeding (.2); discuss requirements re same with R. Zeller (.1) | 0.30  |        |
|            | SRJ | Review case strategies with F. Pons re lift stay and results of 5/6 hearing                                          | 0.20  |        |
|            | SRJ | Conference with E. Richert re case strategies for lift stay hearing and witness / exhibit lists and pretrial requirements | 0.40  |        |
| 5/7/2008   | SRJ | Meeting with client re case strategies and preparation for stay litigation                                           | 2.80  |        |
| 5/8/2008   | SRJ | Conference with expert R. DeVries re status of litigation (.1); 5 conferences with R. Ciambrone re compromise on stay litigation (.8) | 0.90  |        |

JMY, LLC                                                                                                    Page    3

|            |     |                                                                                                             | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/8/2008   | SRJ | Conference with counsel for both lenders re stay litigation compromise                                      | 0.30  |        |
|            | SRJ | Review and respond to emails re proposed stay litigation compromise                                         | 0.40  |        |
|            | SRJ | Follow up confirming emails re implementation of proposed stay litigation compromise                        | 0.30  |        |
| 5/18/2008  | SRJ | Review and consider order requirements re hearing on automatic stay                                         | 0.20  |        |
| 5/20/2008  | SRJ | Prepare for hearing on lift stay: outline of key arguments and proof                                        | 0.10  |        |
| 5/22/2008  | SRJ | Conference with F. Pons re plan and litigation strategies and document production requirements re stay hearing | 0.40  |        |
|            | SRJ | Conference re stay hearing coordination with R. Darke                                                       | 0.20  |        |
|            | SRJ | Conference with R. Ciambrone and R. Darke re stay litigation coordination                                   | 0.40  |        |
|            | SRJ | Assemble key documents for automatic stay hearing                                                           | 0.30  |        |
| 5/27/2008  | JLJ | Drafted memo on intercreditor agreements                                                                    | 1.00  |        |
|            | SRJ | Conference with lenders' counsel re stay litigation cooperation and follow up email re same                 | 0.50  |        |
| 5/28/2008  | SRJ | Review all produced documents and finalize those to be included as hearing exhibits                         | 1.20  |        |
| 5/29/2008  | JLJ | Met with S Jakubowski re adequate protection research (.4); researched and drafted memo on case law re same (1.9) | 2.30  |        |
|            | SRJ | Conference with lenders and Judge's clerk re stay litigation stipulations                                   | 0.30  |        |
|            | SRJ | Review research issues re adequate protection during case with J. Johnson                                   | 0.40  |        |

JMY, LLC                                                                                                      Page    4

|              |     |                                                                                                                        | Hours | Amount |
|--------------|-----|------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/30/2008    | JLJ | Researched adequate protection case law (1.2) and met with Steve Jakubowski to discuss same (.5)                       | 1.70  |        |
|              | SRJ | Review results of research with J. Johnson re adequate protection during case                                          | 0.50  |        |
| 6/1/2008     | SRJ | Conference call with R. Ciambrone re litigation planning re stipulations                                               | 0.30  |        |
|              | SRJ | Prepare for hearing and email to client re document needs and strategies                                               | 1.50  |        |
| 6/2/2008     | JLJ | Met with S. Jakubowski re continued research and cramdown questions (.2); began researching same (2.4); compiled all research in a memo (2.1) | 4.70  |        |
|              | EER | Research re memorandum of law opposing lift stay (contract rate v. default rate)                                       | 2.30  |        |
|              | EER | Drafted memorandum of law opposing lift stay                                                                           | 3.70  |        |
|              | SRJ | Two conversations reviewing stay litigation with J. Holper                                                             | 0.50  |        |
|              | SRJ | Conference with R. Ciambrone re settlement of stay litigation                                                          | 0.40  |        |
|              | SRJ | Review legal research issues for stay litigation conclusions of law                                                    | 0.80  |        |
|              | EER | Research re memorandum of law opposing lift stay (timing adequate protection payments must commence and related issues) | 2.00  |        |
| 6/3/2008     | EER | Reviewed J. Johnson's research re lift stay (debtor's efforts = adequate protection; burden of proof)                  | 0.50  |        |
|              | EER | Continued drafting memorandum of law (2.5); discussed research re same with S. Jakubowski (.3);                        | 2.80  |        |
|              | SRJ | Three conferences re settlement status with F. Pons                                                                    | 1.10  |        |

JMY, LLC                                                                                                   Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/3/2008 SRJ | Four conferences with R. Ciambrone re settlement of stay litigation | | 0.90 | |
| SRJ | Prepare statement of facts for stay litigation | | 0.70 | |
| SRJ | Review research issues for statement of points of authority for stay litigation with E. Richert | | 0.70 | |
| SRJ | Settlement conferences with J. Holper and R. Ciambrone (.7) and review same with client (.3) | | 1.00 | |
| EER | Incorporated JJ research re adequate protection and burden of proof into memorandum of law (2.3); discussed stay issues and revisions to memorandum with S. Jakubowski (.4) | | 2.70 | |
| EER | Revised memorandum to include conclusions of law | | 2.50 | |
| 6/4/2008 SRJ | Conference F. Pons settlement of stay litigation and terms (.3); review same with J. Gibbons (.1) | | 0.40 | |
| SRJ | Draft stipulated order regarding automatic stay (1.5); review proposed changes by Lenders and revise same (.7); review second set of revisions from Lenders and call to R. Ciambrone re same (.5) | | 2.70 | |
| SRJ | Conference with F. Pons re terms of proposed order | | 0.30 | |
| 6/5/2008 SRJ | Revise stipulated order and circulate same | | 0.30 | |
| SRJ | Attend Court hearing on stipulated order | | 1.50 | |
| SRJ | Conference with client re stipulated order | | 0.20 | |
| SUBTOTAL: | | [ | 58.10 | 17,899.50] |
| For professional services rendered | | | 58.10 | $17,899.50 |

JMY, LLC                                                                                              Page    6

## Summary of Time Charged

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Elizabeth E. Richert | 16.50 | 250.00 | $4,125.00 |
| Eugene J. Schiltz | 0.80 | 410.00 | $328.00 |
| Jamie L. Johnson | 9.70 | 115.00 | $1,115.50 |
| Steven R. Jakubowski | 29.10 | 410.00 | $11,931.00 |
| Ryan Zeller | 2.00 | 200.00 | $400.00 |

|  |  |
|---|---|
| Total Amount of This Bill | $17,899.50 |
| Balance Due Prior Statement | $0.00 |
|  | **Amount** |
| **New Balance (due upon receipt)** | **$17,899.50** |