**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE**: | ) | Chapter 11 |
| | ) | Bankruptcy No. 08 B 04588 |
| **JMY LLC**, | ) | |
| | ) | Judge John H. Squires |
| Debtor. | ) | |
| | ) | **Hearing Date: December 18, 2008** |
| | ) | **at 10:00 a.m.** |

**NOTICE OF CORRCTED FILING OF MOTION**
**OF THE DEBTOR FOR ENTRY OF A FINAL DECREE**
**AND TO SHORTEN NOTICE THEREOF**

    **PLEASE TAKE NOTICE** that the Debtor's Motion for Entry of a Final Decree and to Shorten Notice Thereof (the "Motion") was incorrectly filed on the docket on December 4, 2008. The Motion was refiled today, December 5, 2008, to include notice of the motion to shorten notice thereof.

                                                                                            _____/s/ Elizabeth E. Richert_____

                                                Steve Jakubowski (ARDC NO. 6191960)
                                                Elizabeth E. Richert (ARDC NO. 6275764)
                                                COLEMAN LAW FIRM
                                                77 West Wacker Drive, Suite 4800
                                                Chicago, Illinois 60601
                                                Telephone: (312) 444-1000
                                                Facsimile: (312) 444-1028