IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JMY, LLC, | ) | Case No. 08 B 4588 |
| | ) | Hon. John H. Squires |
| Debtor. | ) | |
| | ) | |

**ORDER APPROVING FINAL APPLICATION OF THE COLEMAN LAW FIRM FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (MAY 2, 2008-DECEMBER 4, 2008) AND SHORTENING NOTICE THEREOF**

Upon consideration of the **Final Application of the Coleman Law Firm for Allowance of Compensation and Reimbursement of Expenses (May 2, 2008 – December 4, 2008) and to Shorten Notice Thereof** (the "Application") filed by the Coleman Law Firm, counsel to JMY, LLC (the "Debtor") in the above-captioned case; the Court having reviewed the Application and having considered the statements of counsel present, and no party having objected; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted in its entirety;

2. The time for providing notice of the Application is hereby shortened to fourteen days;

3. The Court hereby approves the Coleman Law Firm's fees during the Application Period in the amount of $160,918.50; and

4. The Court hereby approves the Coleman Law Firm's request for reimbursement of out-of-pocket expenses necessarily incurred during the Application Period in the amount of ~~$2,508.39.~~ [handwritten correction]

5.  The Coleman Law Firm's fees and expenses shall be paid from $75,000 held by the Coleman Law Firm as a retainer, $20,000 paid by Skyline Holdings, LLC, $7,500 from Foreman Financial of Sheridan LLC, and $7,500 from Frank S. Pons. The fees shall not otherwise be paid from the estate or sale proceeds.

Dated: December 18, 2008

Honorable John H. Squires